STATE OF NEW JERSEY v. DAVID WILSON.

March 21, 1988.

Petition for certification denied.

WEST RIDGE MEWS CONDOMINIUM ASSOCIATION, INC. v. MAYOR AND COUNCIL OF THE BOROUGH OF WOOD–RIDGE.

March 21, 1988.

Petition for certification denied.

SALVATORE MACEDONIA v. FOREMOST MACHINE BUILDERS.

March 21, 1988.

Petition for certification denied.

URBAN LEAGUE OF GREATER NEW BRUNSWICK v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF CRANBURY, AND TOWNSHIP COMMITTEE OF THE TOWNSHIPS OF EAST BRUNSWICK, MONROE, NORTH BRUNSWICK, OLD BRIDGE, PISCATAWAY, PLAINSBORO, SOUTH BRUNSWICK AND SOUTH PLAINFIELD.

March 21, 1988.

Petition for certification granted.   (See 222 *N.J.Super.* 131)